UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| State ex rel Aaron L. Jones Sr.<br>68518 Bannock Rd. S.R. 331<br>Belmont Correctional Institution<br>St. Clairsville, Oh 43950<br>PETITIONER | Case No: 2:21 cv 5089<br>Judge: James L. Graham<br>Magistrate Judge: Vascura |
| Vs., | |
| Ohio Department Of Rehabilitations<br>And Corrections   et. al<br>4545 Fisher Rd.<br>Columbus, Ohio 43215<br>RESPONDENTS | :L |

---

PETITIONER, AARON L. JONES SR.'S 18 U.S.C.S §249 FEDERAL HATE CRIME ACTION FROM RESPONDENTS

---

| | |
|---|---|
| Attorney Generals Office<br>30 E. Gay St.<br>Columbus, Oh 43215 | Aaron L. Jones Sr. A511-342<br>68518 Bannock Rd. S.R. 331<br>Belmont Correctional Institution<br>St. Clairsville, Oh 43950 |
| COUNSEL FOR RESPONDENTS | PETITIONER -------- PRO SE |

TABLE OF AUTHORITIES

CASES

FARROW VS. WEST, 320 F.3d 1235,1248- RETALIATION CASE

Frazier Vs. McDonough, 264, Fed. Appx 812 - Retaliation Case.

Apprendi Vs. New Jersey, 330 U.S. 466; N.J. Stat. §2c :43-7

Stsat Vs. Janiec, 9 N.J. Super: 74 A. 2d 605

Sekhar Vsd. United States, 570 U.S. 729

Glenn Vs. Holder, 690 F. 3d 417 (2009)

Crawford-El Vs. Britton, 523 U.S. 574

Callanan Vs. Uniterd States, 223 F.2d 171 (1955)

United Brotherhood Of Carpenters Vs. United States, 330 U.S. 395 (1947)

STATUTES

18 U.S.C.S§ 249 -FEDERAL HATE CRIME STATUTE (Section (a)(2)(A)

18 U.S.C.S§ 1951 - Interference With Commerce By Threats OR Violence Section(s) (b)(2)- EXTORTION

5120-9-04- Appropriate Supervision, Discriminination, And RACIAL Issues

5120-9-04 - V. POLICY : AND VI. PROCEDURES

64=DCM-01- Protection From Harm AND Inappropriate Supervision (V. POLICY)

56-DCS-03- Employee Disciplinary Process

100-APA-17- Regional Administrator/Designee Review (Investigation)

31-SEM-02- Standars Of Employee Conduct

50-PAM-02 - Inmate Communications

32-EEO-01- Anti Dicrimination Policy

29 U.S.C.S§ 106- Responsibility Of Officers And Members Of Associations Or Their Organization For Unlawful Acts Of Individual Officers, Members And Agents

## JURISDICTION (B)

!). This Action Is A Civil Action, This Action Is Authorized By Statute 18 U.S.C.S. §249- The Federal Hate Crime Statute, From Petitioner, Aaron L. Jones Sr. Inmate Number A511-342, In This Ohio Penal System. To Redress The Corrupt, Illegal, Administrative Rules, Being Violated, From Said Respondents, In This Action. Under Color Of Law OR Rights Secured By The Constitution Of The United States Of America.

2). The Court Has Jurisdiction Under 28 U.S.C.S § 1331 AND §1343 (a)(3). Petitioner Seeks Declaratory Relief Pursuant To 28 U.S.C.S §2201 AND §2202. Petitioners Cliams For Injunctive Relief Are Authorized By 28 U.S.C.S. §2283 AND §2284, And Rule 65 Of The Civil Rules For Federal Procedure,

3) The United States District Court, For The Southern District Of Ohio, Eastern Division, Is An Appropriate Venue Under 28 U.S.C.S. §1391(b)(2). Because It Is Where The Events Giving Rise To This Claim Occurred.

## II PLAINTIFF-PETITIONER (C)

4) Mr. Aaron l. Jones Sr. A511-342, Is The Plaintiff-Petitioner In This Action.

## III Defendant(s)-Respondents (D)

5). Director Of The Ohio Department Of Rehabilitations And Corrections- Annette Chambers-Smith- Responsible For The Overall Operations Of The 32 Prisons In Ohio, And The Operations Of Certain Operations, Delineating The Movements, Operations (AND/OR LACK OF IT), And Certain Constitutional And Administrative Rule Violations AGAINST This Plaintiff-Petitioner.

6). Governor Mike DeWine- Responsible For The Operations Of The Ohio Department Of Rehabilitations And Corrections, And Imputing The Executive Order Of Operations To Prison Decorum.

7( Warden, David Gray- Responsible For The Overall Operations Of Belmont Correctional Institution. Also 'SUPPOSEDLY' Is To Oversee His Staff's Compliance To The Employee Rules Of Conduct Compliance. Also To Maintain An Unbiased Decisive Attitude Towards His Occupation.

8) Each Defendant-Respondent Is Sued In Their Own Official Capacity, For All Issues Presented In This Complaint, Each Respondent Acted Under The Color Of State Law.

## IV. FA CTS (E)

9) On October 7th, 2019, Petitioner Transferred To Belmont Correctional Institution From Grafton Correctional, Where The Events Of 'THIS' Action Transpired. Procedure At Belmont Is That Upon Arrival, ALL Electronics Are Titled, From This Said Institution,(See Copies Of Some Of Petitioners Belmont Titles Included).

(1)

Upon Examining The Grafton Pack-Up Slip, (Included As Well) Petitioner Transfered With His 15' Inch Cleartunes Television. October 9th, 2019 Belmont Correctional Titled Petitioner's Television, As It Came With Petitioner.

10) April 29th, 2021, Petitioner Was Transfered To Belmont Correctional's Camp, With The SAME Television And His Property (That Was Left From Grafton, Because Grafton Forced Petitioner To Send Home Things Petitioner Kept And Has Had Since His Incarceration, Back In 2006) Information For This Honorable Court, Petitioner Has Been A Level ! Individual For 10 Years, Out Of The 15 Years He Has Been Incarcerated.

11) July FIRST, 2021, This Camp Conjured Up Some Insane Story And Moved Petitioner Back To The Compound. Level 1 Individuals Have A '4.8' Pack-up VIA Columbus Mandate AND Administrative Rules. Ohio Department Of Rehabilitations And Corrections (Prisons) DOES NOT Acknowledge THIS Rule.

12) Petitioner NEVER Made It Back To This Camp To Retrieve His Property (Camera Footage Would Reveal This FACT) BECI0721003626, Informal Compliant To The Camp's Unit Manager, 'KOLVEC'. In His Response, July 30th, 2021 7:18 A,M, He Specifically Lied, As Did Their Conduct Report. 'Kolvec Acclaims,' WE HAVE REVIEWED THE CAMERA. WE HAVE LOOKED AT YOUR PACK UP SLIP. WE DO NOT HAVE YOUR PROPERTY.'YOU' PACKED UP YOUR PROPERTY AND SHOULD HAVE TAKEN THE PROPERTY WITH YOU. *(See Copy Of This Informal Included) AGAIN, Petitioner Turns To Camera Footage Of 3:45 P.M. July FIRST 2021. Petitioner Leaving The Camp In Hand-cuffs And With NO Property.

13) The Respondents (ODRC) Has A Tendency Of Abusing The Term 'CONTRABAND' To Obtain An Inmates Property. In All Actuality, It's Really Called, "EXTORTION', By The HOBBS Act Definition.

14) Petitioner Was Subsequently Moved To 3 House Bunk 16 On A-Side. July FIRST At 3:34--- Til September 24th 2021. The July First Move, Has 'FORCED' Petitioner To Purchase Things That Didn't Get Returned To Petitioner That Petitioner Had For His Tenure In Prison 15 Years (CD Player, CD's, Beard Trimmers, Clothing To Keep Warm In The Winter Time, Etc.) These Items Are 'GRANDFATHERED' Items, That Respondents (BECI) Disregards Due To Violations Of Administrative Rule(s); 31-SEM-02- StANDARDS Of Employee Conduct; 50-PAM-Inmate Communications; 32-EEO-01- Anti-Discrimination Policy;56-DCS-03- Employee Disciplinary Process; 64-DCM-01 Protection From Harm And Inappropriate Supervision (Section V. Policy 5120-9-04- Appropriate Suppervision, Discrimination, And Racial Issues(Secxtion V. Policy AND Section VI. Procedure)

15) Petitioner Has AGAIn Been Forced To Send Property Home STILL A Level 1 Individual. September 17th 2021, While Petitioner Was At Pill Call, Corrections Officer 'Wooding;' Searches The Bed Area Of A-15 & 16. Taking Back The Camp

(2)

Typewriter That Yard Officer, 'Simcock' Brought To Petitioner From Belmont's Camp, And Gave To Petitioner.

16) Along With The Taking Of This Typewriter, Officer 'Wooding' Takes Petitioner's Television That He Transfered From Grafton With. The Title To Petitioner's Television Was 'TAPED' To It In Case Petitioner Was Away, And The C/O Conducted A Random Search, To Destroy Any Disrepancy About Petitioners Property. Petitioner Has Been Without His Property (This TV) Since September 17th 2021 10 Days TODAY (September 27 2021) Records And The Enclosed Pack-Up Slip Verifies Ownership.

17( 50-PAM-02- Petitioner Has Patiently And Respectfully Requested The Return Of His Property (BECI0921002671; BECI0921002670; BECI0921002656; BECI0721003626; BECI0921003722; Seen Dep. Warden Scott Friday (9-24-21) Wanted To See Petitioner's Pack-Upo Slip from Grafton, Petitioner Went To retrieve This Document From His Legal Box, But Dep. Warden Scott Left. Petitioner Pursued Dep. warden Scott, To Have Him , Acclaim, 'Petitioner 'JUST WROTE THAT UP'(Camera Footage Would Dispute His Allegations) Petitioner Is 'NOT' A Very Favorable Individual Here At Belmont, Because Of 2:20-CV-3301, In This Honorable Courthouse.) ( In Other Words, RETALIATION) Just Like The Previous Institution.

18) September 24th 2021=The Unit Manager, Calls 3 House And Questions The Situation, And Right In Front Of Petitioner Quotes,' Sorry For His Luck' Refering To Petitioner And His Television. Now With The Apprehension Of Petitioner's Television, BECI Also Places Petitioner On A 'SANCTION' ( For Them Taking HIS Television?!) Also Mentioned To Dep. Warden Scott 'VERBALLY' (As Seen On Camera Footage From Friday September 24th, 2021 A-Side Of 3 House).

19) Under 31-SEM-02- Standards Of Employee Conduct, It's Emphasized That;

> ' ALL ODRC EMPLOYEES ARE EXPECTED TO CONDUCT THEMSELVES
> IN A PROFESSIONSAL LAW=ABIDINGH MANNER, ALL EMPLOYYES MUST
> FOLLOW THE STANDARDS OF EMPLOYEE CONDUCT. FAILURE
> TO COMPLY WITH THE STANDARDS OF EMPLOYEE CONDUCT SHALL RESULT
> IN DISCIPLINE, UP TO AND INCLUDING REMOVAL.

NOT HERE AT BELMONT. Staff Here Are Discriminatory, Disrespectful, And Ignorant. As For 56-DCS-03- Disciplinary Procedures For The Serious Misconduct Panel, Belmont Staff Backs EVERY Illegal Action Done By Their Co-Workers. They Don't Punish Them. They Praise The Crooked, Illegal, Bigotry, That Transpires Here.

20) 5120-9-06- Rules Of Conduct (c)(2)- Hostage Taking, Including Any Physical Restraint Of Another (Friday September 24th, 2021 Bunk Restriction Of Petitioner) (c)(10)- EXTORTION. By Threat Of Violence, Or Other Means. (c)(24)- Establishing OR Attempting To Establish A Personnal Relationship With An Employee WITHOUT Authorization From The Managinhg Officer Including But Not Limited To;

    (c) Giving To, Receiving From An Employee OR Inmate, Any

      Item, Favor OR Service.

(3)

(c)(3)(7)- 'EXTORTION' As Used In These Rules, Means Acting With Purpose To Obtain Anything Of Benefit Or Value, Or To Compel, Coerce, Or Induce Another To Violate A Rule Or Committ Any Unlawful Act.

21) Sekhar Vs. United States, 570 U.S. 729, The HOBBS ACT, Enacted In 1946, Defined It's Crime Of 'Extortion' As The Obtaining Of Property From Another, With His Consent, Induced By Wrongful Use Of Actual Or Threatened Force, violence Or Fear, Or Under Color Of Official Right. 18 U.S.C.S. §1951 (b)(2). Obtaining Property Requires Not Only The Deprivation, But Also The Acquisition Of Property That Is, It Requires That The Victim (Petitioner) 'Parts With' His Property, And That The Extortionist 'Gain Possession' Of It.

22) Petitioner Invokes Chapter 11, From The Constitutional Rights Of Prisoners Manual And Emphasizes § 111-21997g- The 'HANDS-OFF' Doctrine. Glenn Vs. Holder, 690 F.3d 417 (2009); Farrow Vs. West, 320 F.3d 1235,1248 (Retaliation & Medical Case); Frazier Vs. McDonough, 264 Fed. Appx 812-(Retaliation Case) HN 3-Frazier ' A Plaintiff-Petitioner, Can Receive Compensation For Damages For Retaliation. Accusations Proven TRUE AGAINST Government Officials. 18 U.S.C.S §249- The Federal Hate Statute, (Sections (a)(2)(A); Apprendi Vs. New Jersey, 530 U.S. 466; N.J. Stat.§2c; 43-7; State Vs. Janiec, 9N.J. Super:74A. 2d 605; ' Even Incarcerated Inmates Can Apply Federal Hate Crime Statutes AGAINST Their Captors.' The Actions From BOTH Institutions (Grafton & Belmont) Are Retaliatory For Petitioner Overcoming This 'Immune From Prosecution' Defense(Assumption.) Taking His Property Just Because They Can Is 'EXTORTION AND THEFT'.

23) 'CONTRABAND' By Definition Is A Threat To Institution Security. HOW Is A CD Player, CD's And Things Permitted To Be Purchased Through Comissary And Vendors Later Called 'Contraband?'

24) To The 'Procedure' For Disposition Of 'Contraband' Petitioner Imputs 5120-9-55 ( )c)(1) Minor Contraband.(a) When Appropriate, Such Items Should Be Returned To Their Proper Location Or Their ORIGINAL Owners. HOWEVER, IF The Item Came Into The Inmates Possession Through A Violation Of The Rules By The Original Owner, Such Items May Not Be Returned To The Owner, IF The Original Owner Is An Inmate. 5120-9-55 (c)(1) (2) Major Contraband. (a) When Criminal Prosecution OR Disciplineary Action Is Contemplated With Respect To The Contraband, It SHALL Be Locked In A Secure Area Designated For Contraband OR Turned Over To The Proper Authorities. Institutional Personnel Shall Minimize Any Handling Of Such Items Until Turned Over To Law Enforcement Authorities.

25) Items Taken From 'THIS' Petitioner Falls Under NONE Of Said Accounts And ' SOME' Of Petitioners Property Is Given To Other Inmates (See JULY FIRST FOOTAGE) (4)

26) 5120-9-55 (D); No Other Inmate Shall Be Found Guilty Of A Violation Of A Rule Of Conduct Without Some Evidence Of The Commission Of An Act And The Intent To Committ The Act. Not Here At Belmont. Petitioner Has No Infractions In TWO Years, Now The Institution 'EXTORTS' His Property.' ABUSE OF AUTHORITY'. Institutional Record Would Reveal, October 7th, 2019, Petitioner Arrived With EVERYTHING On His Pack-Up Slip (Included In This Action, ALSC DISPLAYING His 15' Cleartunes Television) It Was Titled Here At Belmont October 9th, 2019 Along With The Rest Of His Electronics(See Copies Attached). Now Upon Referal IF Record Of This Television Is NOT On Record, Here At Belmont, That Would Suffice The Retaliation Aspect To 'FORCE' Petitioner To Spend More Money To Satisfy Their Alter 'Egos As 'OPPRESSORS'.

27( Farrow Vs. west, 320 F.3d1235,1248 AND Frazier Vs. McDonough, 264 Fed. Appx 812 Are Given To Establish Vindictive Retaliation, In Response To 2:20-CV-3301. Accordingly, It's Accorded That ;' NO STAFF SHALL RETALIATE AGAINST AN INMATE WHOM FILED A GRIEVANCE AGAINST THEM.' Not In The Ohio Department OIf Rehabilitations And Corrections, In Fact, The Very Person Your Directed To For Investigation WORKS With The Very Person YOUR Complaining About. Pretty Much A 'Lose-Lose' Situation Here At Belmont. HN 5-Farrow- Prisoners Rights. Confinement Conditions, Although The United States Constitution Does Not Require Comfortable Prisons, Neither Does It Permit Inhumane Ones. The Eighth Amendment Governs The Treatment A Prisoner Receives In Prison And The Conditions Under Which He Is Confined. section IV Of Farrow-- RETALIATIONHN 14- The FIRST AMENDMENT Forbids Prison Officials From Retaliating AGAINST Prisoners For Exercising The Right Of FREE Speech. Thomas Vs. Evans, 880 F.2d 1235, 1242 (1989) To State A FIRST AMENDMENT Claim For Retaliation, A Prisoner Need Not Allege Violation Of A Separate And Distinct Constitutional Right' Id. at 1242 Rather,' The Gist Of A Retaliation Claim Is That A Prisoner Is Penalized For Exercising The Right Of Free Speech.' A Prisoner Can establish Retaliation By Demonstrationg That The Prison Official's Actions Were ' The Result Of his Having Filed A Grievance Concerning The Conditions Of His Confinement. wildberhger Vs. Bracknell, 869 F.2d 1467, 1468 (1989)

28) From this Descriptive Complaint, The Reference To Pending/Active Case 2:20-CV-3301 This Is Petitioner's Acclaim For Vindictive Retaliation Under Said Included Mandates.

29) 5120-9-04- Appropriate Suppervision, Discrimination And Racial Issues.

    V. Policy (A) Discrimination With Regards To Supervision And Administrative Rules(Actions), AGAINST Any Inmate Or Group Of Inmates, On The Basis Of Race, Color, Religion, Gender, Sexual Orientation, Disability, Age, OR National Origin, By Any Staff Member, Or By Any Group Or Individual

(5¢)

Representing The Department Is Strictly Prohibited. Any Substantiated Acts Of Discrimination On The Part Of Staff SHALL Be Addressed Through The Employee Disciplinary Process, Which May Include Such Sanctions As Suspension OR Removal.

(B) As Used Herein, The Term 'Inappropriate Supervision' Means Any Continuous Method Of Annoying Or Needlessly Harassing An Inmate OR Group Of Inmates Including, But

Not Limited To, Abusive Language, Racial Slurs, And The Writing Of Inmate Conduct Reports Strictly As A Means Of Harassment. A Single Incident May, Due To It's Severity, OR Egregiousness, Be Considered Inappropriate Supervision For Purposes Of THIS Rule. (C). To Provide A Monitoring Mechanism To Ensure Conduct Reports Are NOT Being Issued Strictly For Harassment Purposes. The DRC Shall Keep A

Record Of Conduct Reports Written By EACH Staff Member. The Record Shall Include A Copy Of The Conduct Report And It's Disposition.

Petitioner NEVER Receieves A Disposition Notice. He's Given 2 Options-Destruction OR Send It Home, at Petitioners Expense. Even Though It's Petitioners Property.

30) 5120-9-04-VI. PROCEDURE. (A) The DRC Shall Keep A Record Of Conduct Reports OR Violations Reports Written By Each Staff Member. The Record Shall Include A Copy Of Report And It's dfisposition, And Shall Be Refered To IF An Offender Complains Of The Staff Members Conduct/Violation Reporting Practices. (B) The Inspector Of Institutional Services (IIS) Shall Have The Responsibility Of Investigating Institutional Offenders Allegations Of Inappropriate Supervision In Accordance With Administrative Rule 5120-9-04-Appropriate Supervision, Discrimination, And Racial Issues, And Administrative Rule 5120-9-31; Inmate Grievance Procedure. Any Substantiated Acts Of Discrimination On The Part Of Staff Shall Be Addressed Through The Employee Disciplinary Process (56-DCS-03) (C) The Regional Administrator/. Designee Shall Have The Responsibility Of Reviewing APA Offenders Allegations Pursuant To DRC Policy 100-APA-17, Offender Grievance Procedures, Which IF TRUE, Constitute 'INAPPROPRIATE SUPERVISION'. Any Substantiated Acts Of Discrimination On The Part Of Staff Shall Be Addressed Through The Employee Disciplinary Process (56-DCS-03)

31) 29 U.S.C.S §106- Responsibility Of Officers, And Members Of Associations Or their Organizations For Unlawful Acts Of Individual Officers, Members, And Agents. Section 6 Of NORRIS-La Guardia Act [29 U.S.C.S§106] Does Not Limit Liability Of Organizations For Acts Of It's Officers OR Agents To Cases Where Explicit Authority Is Given To Perform Illegal Acts, OR Antecedent Approval Is Given To ANY Acts That It's Officers May Do, For Liability May Attach Upon Clear Proof That Particular Act Charged Is One Which Necessarily Follows From Authority Granted By Association. United Brotherhood Of Carpenters Vs. United States, 330 U.S. 395 (1947)

## IV. EXHAUSTIONM OF REMEDIES (F)

32) Petitioner, Utilized The 5120-9-31 But Here, Inmates' Grievances (Informals)

(8) (6)

Get Turned Into Kites, So There's NO Further Pursuit. Thus violating 50-PAM-02 Inmate Communications. Then You CANNOT Receieve Copies Of The Changed 'KITE'.

33) All Grievances Get DENIED.

## V. LEGAL CLAIMS (G)

34) Petitioner Realleges And Incorporates By Reference ¶ 1-33, Of This Action For Legal Analysis And Execution.

35) Petitioner At ¶2, Petitioner Invokes The Mandate To Invoke Statutes For Compensatory Relief From Respondent(s) For This Retaliation AND Inadequate Medical Situation Here At Belmont Correctional.

## VI. PRAYER FOR RELIEF (H)

Wherefore, Petitioner, Mr. Aaron L. Jones Sr. HUMBLY Wishes That This Honorable Court Issues A Mandate For Federal services To Be Placed At Belmont Correctional To Make Sure That They Abide By The Administrative Rules That They Are REQUIRED To Follow Or Face Prosecution, INCLDUING Removal, And Incarceration For 'EXTORTION AND Theft' Of Another's Property, EVEN An Incarcerat4ed Individual. Incarcerated People STILL HAVE RIGHTS.

Petitioner ALSO Wishes To Receive Compensation For ALL The Things 'STRONGARMED' From Him, From Grafton Correctional AND Belmont Correctional That He ;'LEGALLY Purchased And Was 'ROBBED' From The Administration(s) Just Because They Back Their ILLEGAL Actions. His MAIN Goal, In Receiving $100,000 From These Respondents (ALL THREE (3) Of Them Owe This Respondent This Claim -INDIVIDUALLY, For A Sum Of $300,000)

## CERTIFICATE OF SERVICE (I)

, I, Aaron L. Jones Sr., Inmate Number A511-342 In This Ohio Penal System, Hereby Certifies That On This 6th Day Of October 2021, VIA Mailed This PETITIONER AARON L. JONES SR.'S 18 U.S.C.S §249- Hate Crime (FEDERAL) ACTION FROM RESPONDENTS Ti The Clerk Of The United States District Court, Southern District Of Ohio, Eastern Division 85 Marconi Blvd. Columbus, Ohio 43215, And Due To Indigence, Request Of This Clerk, To Invoke Civ. R 5:SERVICE Upon This Action, And Serve This Attorney General, Whom Is The Counsel For The Respondents In This Action. Along With Civ. R.5 Petitioner Wishes To Receive A FILE-AND STAMPED-Return On This Motion/Action, Petitioner Further Looks To Have His Removal From Custody, AFTER Proving His Claims FACTUAL. RETALIATIONS In The Ohio Department Of Rehabilitations And Corrections Runs Deep.

RESPECTFULLY SUBMITTED,

*Aaron L. Jones Sr.*
MR. AARON L. JONES SR. A511-342
68518 Bannock Rd. S.R. 331
BeCI St. Clairsville, Ohio 43950

PROOFS
2:20-CV-3301
JUNE 2017 Audit Report
FOR GRAFTON CORR. INST.

# Inmate Property Record - Disposition and Receipt MALE

| Field | Value |
|---|---|
| Institution | GCI |
| Date | 10.07.19 |
| Time | 0031 |
| Vault Location | B5 / 1483 |
| Amount of Boxes | |
| Locked/Unlocked | UnLocked ☒ |
| Name | Aaron Jones |
| Number | 511-342 |
| Inmate present during pack-up? | Yes ☒ |
| Reason for Pack-up | AWL ☒ |

Individual possession limits for any property shall be the total permitted possession limit of combined state and personal property.

**CODES:** Reasonable Amount - RA  Special Permission - SP  Grandfathered Items - GF

| Titled Items | LMT | AMT | State Issue | AMT | Clothing | LMT | AMT | Other | LMT | AMT |
|---|---|---|---|---|---|---|---|---|---|---|
| Cassette Player (make): | 1 | | Belt: | 1 | Athletic Supporter | 2 | | Brushes 2 Combs 3 | RA | RA |
| CompactDisc Player (make): | 1 | | Blanket: | 2 | Belt (color): | 1 | | Cassette Tapes | 15 | 8 |
| Headphones (make): | 1 | | Boots: | | Blanket: | 1 | | Compact Discs | 10 | 6 |
| Musical Instrument: | SP | | Coat: | | Gloves: | 1 | | Clock | 1 | |
| Radio (make): Sony | GF | 1 | Commissary Bag: | 1 | Handkerchief: | 12 | | Conditioner: | RA | RA |
| TV (make): ClearTunes | 1 | 1 | Gloves: | | Hat/Baseball: | 1 | 1 | Deodorant: | RA | RA |
| Typewriter (make): | 1 | | Hat: | | Hat Stocking: | 1 | 1 | Emery Boards | RA | |
| MP3 Player (8 GB): | 1 | | Hooded Sweatshirt: | 1 | Pajamas: Tops ___ Bottoms ___ | 2 | | Hair Grease: | RA | RA |
| MP3 Player (4 GB): | 1 | | Jacket: | 1 | Pants/Sweats: | 2 | 2 | Lotion: | RA | RA |
| Hand-held gaming device (sudoku, word) | 1 | 1 | Kitchen/Dining Whites: | 2 | Raincoat: | 1 | | Magic Shave: | RA | |
| Plug & Play Device | 1 | | Laundry Bag: | 1 | Robe (color): | 1 | | Mirror | RA | RA |
| DigitaTV Converter Box | 1 | 1 | Pants: | 3 | Shirts/Sweat: | 2 | 2 | Mugs/Glasses | 2 | 2 |
| Coaxial Cable (6' max) | 1 | 1 | Pillow Cases: | 1 | Shirts/T | 6 | 6 | Nail Clippers: | RA | RA |
| **Non-Titled Valuables** | LMT | AMT | Sheets: | 2 | Shoes/Dress (color): | 1 | | Razor (type): | RA | RA |
| Contact Lenses: | SP | | Shirts: | 3 | Shoes/Gym | 1 | | Razor Blades: | RA | RA |
| Glasses: Reading | 2 | 2 | Shoes: | 1 | High ___ Low ___ | | | Shaver/Trimmer | RA | RA |
| Sun | SP | | Socks: | 7 | Brand ___ Color ___ | | | Soap Bars: | 8 | 7 |
| Case? Yes ☒ No ☐ | | | Thermals - Tops | 2 | Shoes/House: | 1 | | Soap Dish: | 2 | 1 |
| Medical ID Bracelet | SP | | Bottoms | 1 | Shoes/Shower: | 1 | 1 | Shampoo: | 2 | 1 |
| Ring/Wedding: | 1 | 1 | Towels: | 4 | Shoes/Sport: | 1 | | Shaving Cream: | RA | |
| Watch (make): Timex Ironman | 1 | 1 | Washcloth: | 4 | Shoes/Work Boot: | SP | | Toothbrush: | 2 | 2 |
| **Stationary Items** | LMT | | Other: | | Shorts/Gym | 3 | 3 | Toothpaste: | 2 | 2 |
| Art Supplies: | RA | RA | **Religious Items** | LMT | AMT | Socks: | 7 | 7 | Wallet: (color) | GF | AMT |
| Address Book | 1 | | Chain w/Medallion | 1 | 1 | Sweaters: | GF | 1 | **Food Items** | LMT | |
| Books: | RA | RA | Dashiki (White) | 1 | | Thermal - Bottom | 3 | | Beverage (type): | RA | RA |
| Letters: Papers: | RA | RA | Prayer Robe | 1 | | Thermal - Top | 3 | | Cakes & Pastries | RA | RA |
| Pencils: | RA | RA | Prayer Rug | 1 | | Towels: | 5 | | Candy: Bags | 2 | |
| Pens: | RA | RA | Religious Beads | RA | RA | Undershirts | 7 | | Boxes | 2 | |
| Photo Album: | RA | | Religious Book | 1 | 1 | Undershorts | 7 | | Bars | 24 | |
| Assorted Pictures: | RA | | Religious Headgear | 1 | | Washcloths (color): | 5 | | Chips: ___ oz. | 72 | 7 |
| Stamped Envelopes: | 25 | 10 | Islam Prayer Beads | 1 | | Other: | | | Cookies: ___ pkgs. | 4 | 2 |
| Tablets (legal pads): | RA | | Islam Prayer Rug | 1 | | Hangers | 2 | 2 | Coffee: ___ oz. | 24 | 2 |
| Typewriter Ribbon | 6 | | Japa Mala Beads | 1 | | Fans | 2 | 2 | Crackers: ___ pkgs. | 4 | 2 |
| | | | | | JPAY Tablet | | 1 | Cubed Sugar: ___ bxs. | 2 | 1 |
| | | | | | GTL Tablet | | 1 | Peanut Butter: ___ lbs. | 3 | 1 |
| | | | | | Legal box | | 1 | Seafood: ___ pkgs. | 10 | 6 |
| | | | | | Playing cards | | 1 | | | |
| | | | | | CPAP Machine | | 1 | | | |

**Contraband:**

I certify that the items listed were packed within accompanying bags or boxes.

Officer's Signature: (K. Arcuri)   Date: 10.07.19

I certify that the above listed items are a complete and accurate inventory of all my personal property.

Inmate Signature: Aaron L Jones Sr   Number: 511342   Date: 10-7-19

Property Receipt: All of my personal property that is listed on this inventory form has been returned to me and I was offered the opportunity to inspect it before leaving the vault. I understand that once I leave that vault with my belongings I can no longer file a complaint concerning any missing or damaged property. Receiving Institution: _____

| Inmate Signature: | Number: | Date: | Vault Officer's Signature: | Date: |

DRC2055 E (Rev. 08/12)  DISTRIBUTION: File, Inmate Copy, Attach to Property, Quartermaster   ACA 4279, 4280, 4281, 4157

## Certificate Of Ownership

Institution: Belmont Correctional   Title Date: 10/9/2019

This is to certify that on the above date, the following article(s) were regi

Number: 511342

Name: JONES

Item: **Fan**
Brand: Westbend
Size: 8"
Color: Clear

staff: D.Winland
notes
Supervisor: Lt.Henry

(Do Not Lose) Do Not Loan, Trade, sell, or Give Away
**REGISTRATION**
DRC 4063 ACA 4157, 4280

---

## Certificate Of Ownership

Institution: Belmont Correctional   Title Date: 10/9/2019

This is to certify that on the above date, the following article(s) were registered to:

Number: 511342

Name: JONES

Item: **Headphone**
Brand: Wicked
Type:
Color:

Supervisor: Lt.Henry
staff: D.Winland
#

(Do Not Lose) Do Not Loan, Trade, sell, or Give Away
**REGISTRATION**
DRC 4063 ACA 4157, 4280

---

## Certificate Of Ownership

Institution: Belmont Correctional   Title Date: 10/9/2019

This is to certify that on the above date, the following article(s) were registered to:

Number: 511342

Name: JONES

Item: **Amplifier**
Brand BEHRINGER
Notes: MICRO AMP HA400

Supervisor: Lt.Henry
Staff: D.Winland

(Do Not Lose) Do Not Loan, Trade, sell, or Give Away
**REGISTRATION**

---

## Certificate Of Ownership

Institution: Belmont Correctional   Title Date: 10/9/2019

This is to certify that on the above date, the following article(s) were registered to:

Number: 511342

Name: JONES

Item: **Beard trimmer/Shaver**
trimmerBran Norelco T-510
Shaver Brand
Text71:

Supervisor: Lt.Henry
staff: D.Winland

(Do Not Lose) Do Not Loan, Trade, sell, or Give Away
**REGISTRATION**
DRC 4063 ACA 4517, 4280

RECORD OF OTHER MISSING PROPERTY
Package Delivery 4-30-2010- Green Baseball Cap
Package Delivery 1-23-20- Black Size 11 Fila Hightop Shoes
BECIO720002609- Disposition Of Grievance/Appeal
3rd Fan Given By Inst. Inspector 7-27-20

---

Institution: Belmont Correctional   Title Date: 10/9/2019

## Certificate Of Ownership

This is to certify that on the above date, the following article(s) were registered to:

Number: 511342
Name: JONES
Item: Headphone
Brand: CLEARTECH
Type:
Color:
Supervisor: Lt. Henry
staff: D. Winland

#

(Do Not Lose) Do Not Loan, Trade, sell, or Give Away

**REGISTRATION**

DRC 4063 ACA 4157, 4280

---

Institution: Belmont Correctional   Title Date: 10/9/2019

## Certificate Of Ownership

This is to certify that on the above date, the following article(s) were registered to:

Number: 511342
Name: JONES
Item: Beard trimmer/Shaver
trimmerBran Wahl
Shaver Brand
Text71:
Supervisor: Lt. Henry
staff: D. Winland

(Do Not Lose) Do Not Loan, Trade, sell, or Give Away

**REGISTRATION**

DRC 4063 ACA 4517, 4280

---

Institution: Belmont Correctional   Title Date: 10/9/2019

## Certificate Of Ownership

This is to certify that on the above date, the following article(s) were regi:

Number: 511342
Name: JONES
Item: Fan
Brand: Westbend
Size: 8"
Color: Clear
staff: D. Winland
notes
Supervisor: Lt. Henry

(Do Not Lose) Do Not Loan, Trade, sell, or Give Away

| Ref# BECI0721003626 | Housing: B30016A | Date Created: 07/23/2021 |
| --- | --- | --- |
| ID#: A511342 | Name: JONES, AARON | |
| Form: Appeal | Subject: Unit 9 | Description: Other |
| Urgent: No | Time left: n/a | Status: Closed |

Original Form
7/23/2021 7:50:42 PM : ( a511342 ) wrote
THIS INFORMAL COMPLAINT IS DIRECTED FOR AN 199-APA-17 ADMINISTRATIVE/DESIGNE REVIEW FROM COLUMBUS, BECAUSE IVE REACHED OUT TO EVERYONE HERE ABOUT MY SOTLEN PROPERTY THA THEY REFUSE TO REVIEW THE VIDEO AND RETRIEVE FROM THIS CAM.P. I HAVE THE TITLES AND DELIVERY DATES OF MY MISING PROPERTY. NOT THE 100.0O DOLARDS WORTH OF 'GRAN FATHERED ITEMS I HAD FORCED TO SEND HOME BEING A LEVEL 1 FOR 1 YEARES AND WAS AT THIS CAM, MEANING I QUALOFIED FOR A 4.8 PROPERTY REQUIREM ENT. SO HIS RETALIATON IS AGAINST HE LAW, AND ADMINISTATIVE RULES.
    UNDER 31-SEM-02 VIOLATION, TRYING TO RESOLVE THE MATTER 'CIVILY' IS USELES, HERE AT BELMONT.
    UNDER 5120-9-03 THERE WAS NO REAL 'HOOCH' IN MY PROPERTY. THERE WAS NO REAL DISCOVERY, AND " I WAS ON THE MAIN COMPOUND 'AWAY' FROM MY AREA IN THIS CAMP. ' I F' I WAS THERE FOR SAID ' PACK UP' THAT ACTUALLY OCCURED @ 7:30 P.M IRREGARDLESS OF THE CAPTAINS 4 P.M CALL TO PACK UP MY PROPERTY.
    UNDR 0-INV-03, I WOULD LIKE A SPECIAL INVESTIOGAION PERFORMED IN THIS MATTER, BECAUSE IT TOOK THIS STAFF IN THREE HOUSE UNTIL THE TWELFTH TO WRITE UP THE THEFT LOSS REPORT. THUS I FEL A SEVERE VIOLATION OF 32-EEO-01 HERE AT BELMONT CORRECTIONAL.
    MR. JONES

Communications / Case Actions
7/23/2021 7:50:42 PM : ( a511342 ) wrote
Form has been submitted

7/30/2021 7:18:50 AM : ( Michael Kolvek ) wrote
We have reviewed camera. We have looked at your packup slips. We do not have your property. You packed up your property and should have taken the property with you.
UM Kolvek

7/30/2021 7:18:54 AM : ( Michael Kolvek ) wrote
Closed incarcerated individual form

7/30/2021 2:13:00 PM : ( a511342 ) wrote
Escalated to Grievance

7/30/2021 2:13:00 PM : ( a511342 ) wrote
THIS ACCOUNT FROM YOU SIR, IS INCORRECT. YOU ACCLAIM OF HAVING CAMERA FOOTAGE OF ' ME' PACKING UP MY PROPERTY. NO SIR, YOU DO NOT. I WAS IN THE CAPTAINS OFFICE AT 3:45 P.M AND NEVER RETURNED TO RETRIEVE MY PROPERTY OR I WOULD HAVE ALL MY THINGS.
    NOW TO THE ISSUE OF FINDING 'HOOCH' IN 'MY' PROPERTY I THUINK NOT. IN 15 YEARS I DONT HAVE 39'S GANG RELATED MATERIAL OR ANY FORM OF VIOLENCE TOWARDS STAFF OR INMATE. IT DOESNT FIT THE BILL. AND WOULD GET ADDRESSED THROKUGH HIGHER AUTHORITIES.
    MR. JONES

8/2/2021 2:03:21 PM : ( Patrick Haley ) wrote
Per our conversation I talked to UM Kolvek and your concern has been previously addressed and therefore, will not be responded to in accordance with Administrative Rule 5120-9-31 (E) – see Ref# BECI0721003848

8/2/2021 2:03:45 PM : ( Patrick Haley ) wrote
Closed incarcerated individual form - Disposition: Denied

8/2/2021 9:40:44 PM : ( a511342 ) wrote
Escalated to Appeal

8/2/2021 9:40:44 PM : ( a511342 ) wrote
THIS MATTER SHOULD BE FORMALLY CLEARED AND SUBJECTED TO A 100-APA-17 REVIEW OF THE INSTITUTION. HOW CAN YOU JUST LEAVE AN UNSUBSTANTIATED ALLEGATION ON AN INMATE WITH NO 239'S;GANG RELATED ACTIVITY, AND/OR REPORT OF VIOLAENCE TOWARDS STAFF OR INMATE, BUT ACCUSE HIM OF HAVING 'HOOCH' AND ALLOW HIM TO BE DOWN PLAYED B Y STAFF FEROM THIS FRIVILOUS ALLEGATION. BEING COLUMBUS, THIS FRIVILOUS ALLEGATION SHOULD BE REMOVED, BECAUSE EVERY STAFF HERE ACCLAIMS THAT THERE'S NOTHING THAT CAN BE DONE TO REMOVE THE CONDUCT REPORT. THEY ALREADY MADE ME SEND HOME MY GRANDFATHERED ITEMS. SO A CLEARANCE FROM THIS ALLEGATION AND TRANSFERED, BEFORE THE NEXT EPIDEMIC WOULD SUFFICE, BECASUE NOW IM BEING TARGETED, AND DONT FEEL SAME, FROM THESE STAFF MEMBAERS HERE.
    MR. JONES

Page: 2

| Ref# BECI0721003626 | Housing:B30016A | Date Created:07/23/2021 |

8/24/2021 3:23:24 PM : ( Suzanne Evans ) wrote
The office of the Chief Inspector is in receipt of your disposition of grievance, original grievance, Informal Complaint Resolution and appeal to this office. A review of your appeal has been completed. The decision of the Inspector is hereby AFFIRMED with comments.
In reaching this decision, I reviewed the Inspector's disposition, your original grievance, Informal Complaint Resolution and appeal to this office. Please be advised that a portion of your appeal is directly related to previous concerns that were addressed in their entirety in Grievance BECI0721003848 on 07/30/2021, therefore will not be reviewed again per AR 5120-9-31. Furthermore, this office finds that you signed the Release of Claims form on 07/30/2021.
No further action will be taken in regard to this appeal at this time.

8/24/2021 3:23:31 PM : ( Suzanne Evans ) wrote
Closed incarcerated individual form - Disposition: Affirmed

COUNTY OF BELMONT:     AFFIDAVITT PER OHIO REVISED CODE§2969.25
STATE OF OHIO:     INMATES AFFIDAVIT AS TO PRIOR ACTIONS

REVIEW OF MULTIPLE ACTIONS
WAIVER OF PREPAYMENT

I, Aaron L. Jones Sr. Inmate Number A511-342, In The Ohio Penal System, Residing At Belmont Correctional Institution, Hereby Notify This Honorable Court Of The Actions That I Have Filed The LAST FIVE (5) Years;

1). 1:15-CV-1158- Northern District Court
    801 Superior Ave,
    Cleveland, Ohio 44113
    (FEDERAL HABEAS CORPUS -See Page 29 Of The Filed Documents)

2) 1: 17-CV-2588- United States District Court
    802 Superior Ave.
    Cleveland, Ohio 44113
    ( I Believe, This Was A Medical Case, For Giving Petitioner The Wrong Medication)

3) 2:20-CV-3301- THIS Honorable Court
    85 Marconi Blvd.
    Columbus, Ohio 43215
    ( petitioner Exercising His First Amendment Right In Complaining About The Conditions Of His Confinement, And His FAILED Health Practices In This Ohio Dept. Of Rehabilitations And Corrections)

4) 20BE0004- Seventh District Court Of Appeals
    Federal St.
    Youngstown, Ohio 44503
    (Appeal Of My State Habeas Corpus, Indicating The DENIAL Of Due Process FOR This Petitioner)

5) 2020 CV 363 Belmont County Courts
    St. Clairsville, Ohio 43950.
    (ORIGINAL HABEAS CORPUS ACTION) (STATE HABEAS)

NONE Of These Matters Were Declared Frivilous Under Ohio Revised Code §2323.51, Certain Action, Petitioner Was Deemed Indigent, And Permitted To Proceed Informa Pauperis, But Then REQUIRED The Petitioner To Proceed ONLY If He Paid The Case In It's Entirety.

    Petitioner Receives $20.00 A Month State Pay, And When The Institution Puts His LAST Stimulus Check On His Account, He Could Fully Pay This Fee, Like The Previous Fees. Otherwise, Petitioner Humbly Requests A waiver Of Fees, Or In The Alternative, Take The 20% Like The Previous Situations.

    Petitioner Declares Under Penalty Of Perjury, That These Are Accurate Circumstances AND FACTS From This Petitioner, And This ___ rn And Subscribed This _____ Day Of October 2021.

EVERYONE Here Refuses To Notarize This Document

_____
ARY PUBLIC

_____
COMMISSION EXPIRES

RESPECTFULLY SUBMITTED,

_____
AARON L. JONES SR. A511=342

Mr. Aaron L. Jones Sr. A511-342
68518 Bannock Rd. S.R. 331
Belmont Correctional Institution
St. Clairsville, Oh 43950

PITTSBURGH PA 150
18 OCT 2021 RETURNED FOR 40¢ ADDITIONAL POSTAGE
FOREVER USA
Barn Swallow

* * LEGAL MAIL * *

United States District Court
 For The Southern District Of Ohio
Eastern Division
Office Of The Clerk
 85 Marconi Blvd.

Columbus, Oh 43215             * * LEGAL MAIL *



U.S. POSTAGE >> PITNEY BOWES
ZIP 43950
02 4W
$ 000.68⁰

43215-282399